Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**D. DIANE WALTERS,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 3:06-CV-6252-JO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

(#22)

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $5160.64 in full settlement of all claims for fees under EAJA. There are no other costs.

IT IS SO ORDERED this day of _____Nov 15_____, 2007

                                               _____
                                               U.S. District Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA